IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>STEVE C. CRAWFORD,<br><br>　　　　　　　　Defendant. | 6:21-PO-5027-KLD<br>Violation Number: FBJF006L,<br>FBJF006M, FBJF006P<br><br>Location Code: M5<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS ORDERED that the citation in the above-entitled case is dismissed without prejudice and all future court dates are vacated.

DATED this 28th day of January, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1